FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JACOB LEE SPENCER,                ) NO. ED CV 04-861-ODW(E)
                                  )
           Petitioner,            )
                                  )
      v.                          ) JUDGMENT
                                  )
LEE ANN CHRONES, Warden,          )
                                  )
           Respondent.            )
_____    )

   Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

   DATED: _____07-28_____, 2010.

                              /s/ Otis D. Wright II
                              OTIS D. WRIGHT II
                              UNITED STATES DISTRICT JUDGE